# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2025

## NO. 03-23-00451-CV

**Dennis Schilling, Appellant**

**v.**

**Megan Kilburn, Appellee**

**APPEAL FROM THE 424TH DISTRICT COURT OF LLANO COUNTY**
**BEFORE JUSTICES TRIANA, CRUMP, AND ELLIS**
**REVERSED AND REMANDED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on May 10, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.